UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 04072
   LOVIE L WARREN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8908
```

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/08/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/30/2007.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4333.51 | .00 | 4197.27 |
| TRANSOUTH FINANCIAL | SECURED | 6081.00 | 490.34 | 5870.29 |
| CAPITAL ONE BANK | UNSECURED | 986.45 | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 3408.75 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 379.98 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 496.53 | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 271.26 | .00 | .00 |
| SEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPIEGELS | UNSECURED | NOT FILED | .00 | .00 |
| TRANSOUTH FINANCIAL | UNSECURED | 1973.73 | .00 | .00 |
| CITIFINANCIAL AUTO CREDI | UNSECURED | 4329.11 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,405.20 | | 1,405.20 |
| TOM VAUGHN | TRUSTEE | | | 611.90 |
| DEBTOR REFUND | REFUND | | | 550.00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 13,125.00 | |
| PRIORITY | | .00 |
| SECURED | | 10,067.56 |
|    INTEREST | | 490.34 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,405.20 |
| TRUSTEE COMPENSATION | | 611.90 |
| DEBTOR REFUND | | 550.00 |

```
                        ---------------     ---------------
TOTALS                       13,125.00           13,125.00
```

        Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/14/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE